# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

April 27, 2022

**By ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Eddie Santiago
22 Mag. 3017 (UA)

Dear Judge Willis:

I represent Eddie Santiago, the defendant in the above-referenced matter. This letter is respectfully submitted to request that the deadline for Mr. Santiago to secure two co-signers for his $100,000 personal recognizance bond be extended to May 2, 2022. The original deadline set by your Honor was April 20, 2022. However, additional time is needed to obtain and finalize the required information from the proposed co-signers. The government, by AUSA Ryan Finkel, does not object to this request.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Ryan Finkel (by ECF)

The request for the extension of the deadline is GRANTED. The deadline is extended to May 2, 2022.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

April 27, 2022